**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

VIRGINIA WATSON

      Plaintiff,

v.

PENSKE LOGISTICS LLC, a foreign
limited liability company; and JOHN
DOE, an individual,

      Defendants.

Case No.

Hon.

| | |
|---|---|
| Jeffrey S. Burg (P38381)<br>LAW OFFICES OF JEFFREY S. BURG<br>Attorney for Plaintiff<br>16291 W. 14 Mile Road, Ste. 24<br>Beverly Hills, MI  48025<br>TEL: (248) 856-1258<br>jburg@comcast.net | Daniel L. Villaire (P60132)<br>OGLETREE, DEAKINS, NASH,<br>SMOAK & STEWART, PLLC<br>*Attorneys for Defendant Penske*<br>*Logistics LLC*<br>34977 Woodward Avenue, Suite 300<br>Birmingham, MI 48009<br>TEL: (248) 593-6400<br>FAX: (248) 593-2603<br>daniel.villaire@ogletree.com |

## DEFENDANT'S NOTICE OF REMOVAL

Defendant PENSKE LOGISTICS LLC, (Hereafter "Penske Logistics LLC"

or "Defendant") by and through its undersigned counsel, Ogletree, Deakins, Nash,

Smoak & Stewart, PLLC hereby files its Notice of Removal from the Macomb

County Circuit Court, State of Michigan, in which it is currently pending, to the

United States District Court for the Eastern District of Michigan, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, states as follows:

## THE STATE COURT ACTION

1.     On or about May 12, 2023, Plaintiff Virginia Watson ("Plaintiff") commenced the present action in the Macomb County Circuit Court (16th Judicial Circuit), State of Michigan, entitled *Virginia Watson v. Penske Logistics LLC, a foreign limited liability company; and John Doe, an individual,* which action was assigned Case No. 2023-001600-CD (hereafter "State Court Action") and named Penske Logistics LLC and a fictitious Defendant "John Doe."

2.     Counsel for Defendant accepted service of the Summons and Complaint on June 9, 2023.

3.     A true and legible copy of any and all processes, pleadings, motions, orders, and other papers or exhibits of every kind then on file in the State Court Action are attached to this Notice of Removal as required by 28 U.S.C. §1446(a). See **Exhibit A**.  No other processes, pleadings, or orders have been served upon Defendant in the State Court Action.

4.     A copy of the Notice contemporaneously filed in the Sixteenth Judicial Circuit, in and for Macomb County, Michigan, is attached hereto as **Exhibit B**.

5.     Penske Logistics LLC has timely filed this Notice of Removal because it was filed within the 30-day period required by 28 U.S.C. §1446(b).

6.      Removal to this Court is proper under 28 U.S.C. §1446(a) because the United States District Court for the Eastern District of Michigan is the district and division within which the 16th Judicial Circuit for the County of Macomb, State of Michigan is located.

## DIVERSITY JURISDICTION

7.      Written notice of the filing of Notice of Removal to Federal Court is being provided to Plaintiff herewith, as required by 28 U.S.C. § 1446(d).  (See **Exhibit B**).

8.      This Court has diversity jurisdiction under 28 U.S.C. § 1332, which requires the parties to the controversy to be citizens of different states and the amount in controversy to exceed $75,000. 28 U.S.C. § 1332(a)(1).

9.      Plaintiff is, and was at the time of filing the Complaint and at the time of removal, a citizen of the State of Michigan.  Plaintiff alleges in the Complaint that she is a resident of the City of Chesterfield, Macomb County, Michigan and worked for Defendant Penske Logistics LLC in Macomb County, Michigan.  (See Complaint ¶¶ 3, 4, 10.)

10.      Defendant "John Doe" is a fictitious defendant and is not considered for determining diversity.  In determining whether a civil action is removable on the basis of the diversity, "the citizenship of defendants sued under fictitious names shall be disregarded." 28 U.S.C. § 1441(b).

3

11.     Complete diversity of citizenship exists because Defendant Penske Logistics LLC is not a citizen of the State of Michigan within the meaning of 28 U.S.C. §1332(c)(1).  Rather, Defendant Penske Logistics LLC is Delaware limited liability company, with its headquarters and principal place of business in Pennsylvania.  Penske's sole member is Penske Truck Leasing, Co., LP., which is a limited partnership organized under the laws of Delaware and with a principal place of business in Pennsylvania. See 28 U.S.C. § 1332(c)(1); *Delay v. Rosenthal Collins Grp., LLC*, 585 F.3d 1003, 1005 (6th Cir. 2009). (A limited liability company has the citizenship of each member).  Accordingly, for the purpose of diversity jurisdiction, Defendant Penske Logistics LLC is a citizen of Delaware and Pennsylvania.

12.     Complete diversity of citizenship exists between Plaintiff and Penske Logistics LLC.

13.     The district court "shall have original jurisdiction of all civil actions where the matter in controversy... is between citizens of different States." 28 U.S.C. § 1332(a)(1).

14.     As part of her Complaint, Plaintiff has alleged damages for alleged violations of the Michigan's Elliott-Larsen Civil Rights, M.C.L. § 37.2101, *et. seq.* (See Complaint, pgs. 4, 5).

15.     Plaintiff seeks economic and nonecomonic damages, including damages for emotional distress, humiliation, anguish, and pain and suffering. (See Complaint, pgs. 4, 5).

16.     Michigan's Elliott-Larsen Civil Rights allows for the recovery of lost wages, compensatory damages, and attorney's fees.   Statutory attorney's fee can be considered in determining whether the jurisdictional amount is met. *Clark v. Nat'l Travelers Life Ins. Co*., 518 F.2d 1167 (6th Cir. 1975)

17.     The total damages and fees that Plaintiff could recover in this case exceeds $75,000.  Therefore, the jurisdictional amount in controversy requirement is met and diversity jurisdiction exists.

**WHEREFORE,** Defendant Penske Logistics LLC, requests that the case styled, *Virginia Watson v. Penske Logistics LLC, a foreign limited liability company; and John Doe,* Case No. 2023-001600-CD in the 16th Judicial Circuit Court for the County of Macomb, be removed to the United States District Court for the Eastern District of Michigan.

Respectfully submitted,

s/ Daniel L. Villaire
Daniel L. Villaire (P60132)
OGLETREE, DEAKINS, NASH, SMOAK
& STEWART, PLLC
*Attorneys for Defendant Penske Logistics LLC*
34977 Woodward Avenue, Suite 300
Birmingham, MI 48009
T: (248) 593-6400
F: (248) 283-2925
Dated: June 30, 2023                daniel.villaire@ogletree.com

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on June 30, 2023, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all ECF participants.  I further certify that I served a copy of such filing via first class mail and e-mail on the following:

Jeffrey S. Burg (P38381)
Law Offices of Jeffrey S. Burg
16291 W. 14 Mile Road, Ste. 24
Beverly Hills, MI  48025

jburg@comcast.net

|  |  |
|---|---|
| | s/ Daniel L. Villaire |
| | Daniel L. Villaire (P60132) |
| | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, PLLC |
| | *Attorneys for Defendant Penske Logistics LLC* |
| | 34977 Woodward Avenue, Suite 300 |
| | Birmingham, MI 48009 |
| | T: (248) 593-6400 |
| | F: (248) 283-2925 |
| Dated:  June 30, 2023 | daniel.villaire@ogletree.com |